IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAMMY ALLEN,

    Plaintiff,

vs.                              CASE NO.: 4:07cv200-SPM/WCS

PAUL CONSULTING, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc. 20) advising that this case has settled and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 25th day of January, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge